FILED: February 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-4032
(1:26-cr-00008-AJT-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

SCOTT ALLEN BOLGER

    Defendant - Appellant

_____

O R D E R

_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Agee with the concurrence of Judge King and Judge Gregory.

For the Court

/s/ Nwamaka Anowi, Clerk